UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

| | |
|---|---|
| GLENN E. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:22-cv-00299 |
| | ) |
| JDW INTERNATIONAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, JDW International, Inc. ("JDW") and Nancy E. Durette ("Ms. Durette"), by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), hereby remove this action from the Circuit Court for Putnam County, Indiana, to the United States District Court for the Southern District of Indiana. As grounds for this removal, defendants state as follows:

1. On July 12, 2022, plaintiff filed a Complaint in the Circuit Court for Putnam County, Indiana, entitled *Glenn E. Smith v. JDW International, Inc., et al*. (*See* Exhibit 1).

2. Plaintiff generally avers that he suffered severe personal injuries resulting from a May 31, 2022 motor vehicle collision in Putnam County, Indiana with a vehicle owned by JDW and operated by Ms. Durette. (*Id.*).

3. Plaintiff further avers that he "was caused to suffer serious bodily injuries, and because of the bodily injuries sustained by Plaintiff, he has been caused to suffer pain, suffering, mental anguish and inconvenience and will continue to suffer such pain, suffering, mental anguish and inconvenience in the future." (*Id.* at ¶17).

4. Moreover, plaintiff avers that he "has sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will

continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; has suffered loss to property and has incurred a permanent impairment of her power to labor and earn money. (*Id.* at ¶30).

5. Plaintiff has demanded settlement for amounts in excess of $75,000.00.

6. Plaintiff is a resident and citizen of Indiana. (*Id.* at ¶1).

7. JDW is a company that is organized and existing under the laws of Ontario, Canada. (*See* Exhibit 2 at ¶3).

8. For purposes of determining diversity jurisdiction, JDW is a citizen of Ontario, Canada because its principal place of business, offices and distribution center are located in Ontario, Canada. (*Id.* at ¶¶4-5).

9. The vehicle operated by Nancy E. Durette at the time of the May 31, 2022 motor vehicle accident described in the Plaintiff's Complaint, was owned by JDW. (*Id.* at ¶10).

10. On May 31, 2022, while engaged in the activity described in the Complaint in this matter, Ms. Durette was an employee of JDW. (*Id.* at ¶8).

11. Ms. Durette resides in and is a citizen of Ontario, Canada. (*Id.* at ¶9).

12. Here, there is complete diversity between plaintiff and defendants and the amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1441(b).

13. By reason of the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). There is complete diversity of citizenship, and the amount in controversy exceeds $75,000.00, exclusive of costs. Removal of the state court action to this Court is therefore appropriate under 28 U.S.C. § 1441(b).

14. Removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days after receipt by the defendants, through service or

otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Moreover, this Notice of Removal was filed within one year after commencement of the action.

15. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, defendants are serving a copy of this Notice of Removal upon plaintiff and filing a copy with the Clerk of the Circuit Court for Putnam County, Indiana.

16. Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of their entitlement to removal.

17. Removal is hereby effected without waiver of any challenges that defendants may have to personal jurisdiction, venue or service of process. Further, no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants, JDW International, Inc. and Nancy E. Durette, hereby give notice of the removal of the above-referenced action now pending in the Circuit Court for Putnam County, Indiana, to the United States District Court for the Southern District of Indiana.

Respectfully submitted,

JDW International, Inc. and Nancy E. Durette,

Michael T. Franz
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago, Illinois 60661
(312) 463-3329 Direct                By:/s/ *Michael T. Franz*
(312) 345-1778 Fax                          One of Defendants' Attorneys
Michael.Franz@lewisbrisbois.com

Date: July 25, 2022

*Attorneys for Defendants*

75944-44