UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GLENN E. SMITH, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:22-cv-00299-JPH-DLP |
| JDW INTERNATIONAL, INC., et al., | ) ) ) |
|       Defendants. | ) ) |

# **ORDER**

THIS CAUSE coming to be heard on the parties' Joint Stipulation of Partial Dismissal, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Counts III and IV of Plaintiff's Complaint are hereby dismissed in their entirety and with prejudice. Furthermore, any and all claims for punitive damages set forth in Plaintiff's Complaint are hereby dismissed in their entirety and with prejudice. The remaining Counts stand.

SO ORDERED this _____ day of _____, 2023.

_____
JUDGE, United States District Court

Distribution:  All Counsel of Record

127940643.1