UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GLENN E. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00299-JPH-MKK |
| | ) |
| JDW INTERNATIONAL, INC., | ) |
| NANCY DURETTE, | ) |
| | ) |
| Defendants. | ) |

## ENTRY AND ORDER FROM SETTLEMENT CONFERENCE

Counsel appeared in person, and the parties appeared virtually, for a settlement conference on June 27, 2024. At the start of the conference, the Court granted Dkt. [84].

The Parties reached an agreement in principle. A signed settlement agreement is to be emailed to mjklump@insd.uscourts.gov on or before **July 5, 2024**.

**SO ORDERED**.

Date: 6/27/2024

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

ALL ECF- registered counsel of record via email generated by the court's ECF system