UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| GLENN E. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JDW INTERNATIONAL, INC., et al., | ) |
| | ) |
| Defendants. | ) Case No: 2:22-cv-00299-JPH-MKK |

> The court acknowledges the Joint Stipulation for Dismissal, Dkt. [93]. The Clerk is DIRECTED to close this case on the docket. JPH 12/6/2024. Distribution via ECF.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Glenn E. Smith, by counsel, and Defendants, Counsel for JDW International, Inc. and Nancy Durette, by counsel hereby stipulate to the dismissal of this case with prejudice, costs paid.

Respectfully submitted,

*/s/ Chris Moeller*
Chris Moeller, #25710-49
Carolyn C. Ely, #28368-22
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, KY 40299
Telephone: (502) 458-1000
Direct No. Chris Moeller: (463) 231-4458
Direct No. Carolyn Ely: (502) 830-5108
Email: moeller@wewin.com
Email: ely@isaacsandisaacs.com
*Counsel for the Plaintiff*